IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN LEE RICHES,

    Plaintiff,

v.                                                         CASE NO. 4:08-cv-00476-MP-WCS

BRISTOL PALIN, PIPER PALIN, SARAH PALIN, TODD PALIN, TRIG PALIN,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Docs. 12 and 14, filed by Plaintiff. As with all of Mr. Riches' motions, these motions make no sense and are without merit. Additionally, they are untimely. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Doc. 12 and Doc. 14 are denied.

**DONE AND ORDERED** this _15th_ day of March, 2011

                                            *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge